## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:CR-05-337 |
| | ) | |
| v. | ) | (CONNER, J.) |
| | ) | |
| | ) | |
| ANDREA SANTANA | ) | |

FILED
HARRISBURG, PA
NOV 1 4 2005
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## ORDER

AND NOW, this 14th day of November, 2005 the Indictment filed against

defendant Andrea Santana in the above-captioned case is dismissed without prejudice.

U. S. DISTRICT JUDGE